**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 26-80840-CIV-CANNON**

**DOUGLAS BAKER**,

Plaintiff,

v.

**DEDICATED SLEEP, LLC**
and **JILL MARIE GLENN,**

Defendants.

_________________________________/

**ORDER REQUIRING DOCKETED PROOF OF SERVICE OR WAIVER; REQUIRING COMBINED RESPONSES; AND SETTING TYPEFACE REQUIREMENTS**

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. To better manage the orderly progress of the case, it is hereby **ORDERED** as follows:

1. Within **three business days** after effectuation of service on any Defendant or receipt of any Defendant's waiver of service, Plaintiff(s) shall file on the docket either an executed summons reflecting proof of service or the returned waiver of service. The proof of service shall be made under penalty of perjury and shall contain all of the requisite information to confirm service according to law, including the individual or agent designated by law to accept service, the name of the organization, if applicable, and the address and date of service.
2. No Defendant shall file a response or answer until all Defendants in this action have been served (as documented on the docket with either an executed summons or a returned waiver of service as directed above).
3. After proof of service or waiver of service has been filed on the docket as to all Defendants,

Defendants shall submit a single combined responsive motion or individual answers within the time allowed under the Federal Rules of Civil Procedure for the last-served Defendant to respond. This period to respond/answer commences on the first calendar day after proof or waiver of service has been filed on the docket as to all Defendants.

4. **All filings in this case must be prepared using 12-point Times New Roman font that is double-spaced and fully justified**.

**ORDERED** in Chambers at Fort Pierce, Florida, this 21st day of July 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record